# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DAVID E. SIMPSON,,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                   3:11-cv-348-RJC

GERALD BRANKER, Warden, Central Prison,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

                                                    Signed: September 20, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court